# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 15-8425 DSF (ASx) | Date | 4/26/16 |
|---|---|---|---|
| Title | Barbara Ann Gonzalez v. Ikea U.S. West, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order REMANDING Case


On April 7, 2016, the Court ordered Ikea U.S. West, Inc. to show cause why the case should not be remanded.  Ikea failed to respond to the order to show cause by the response date of April 22, 2016.  Therefore, the case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.